# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

127844

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

WALTER JAMES REICHERT, JR.,
    Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127844
COA: 257654
Kent CC: 03-004578-FH

On order of the Court, the application for leave to appeal the December 9, 2004 order of the Court of Appeals is considered, and it is DENIED, because the issue raised in the application is moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

p1026